UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

BRICKLAYERS INSURANCE AND WELFARE FUND, BRICKLAYERS PENSION FUND, BRICKLAYERS SUPPLEMENTAL ANNUITY FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, NEW YORK CITY AND LONG ISLAND JOINT APPRENTICESHIP AND TRAINING FUND, INTERNATIONAL MASONRY INSTITUTE, and SANTO LANZAFAME, in his fiduciary capacity as Administrator, BRICKLAYERS LOCAL 1, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFT WORKERS, and BRICKLAYERS LABOR MANAGEMENT RELATIONS COMMITTEE,

                    Plaintiffs,

    - against -

CSI CONSTRUCTION,

                    Defendant.

- - - - - - - - - - - - - - - - - - - -X

09 Civ. 1689 (CPS) (VVP)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, by their attorneys, Vladeck, Waldman, Elias & Engelhard, P.C., voluntarily dismiss the above

260993 v1

captioned action without prejudice.


Dated:     New York, New York
           July 23, 2009

                                        VLADECK, WALDMAN, ELIAS &
                                            ENGELHARD, P.C.

                                  By: _____
                                        James Wasserman (JW 3717)
                                        Attorneys for Plaintiffs
                                        1501 Broadway, Suite 800
                                        New York, New York  10036
                                        (212) 403-7300